THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Jason Alan
 Hertzog, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Horry County
Thomas Russo, Plea Judge
 Steven H. John, Post-Conviction Relief
Judge

Unpublished Opinion No. 2009-UP-015
 Submitted January 2, 2009- Filed January
8, 2009    

REVERSED AND REMANDED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Petitioner.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General, John W. McIntosh, Assistant Deputy Attorney General, Salley W.
 Elliott, Assistant Attorney General Christina J. Catoe, Office of the Attorney
 General, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Upon agreement of the parties, the PCR court granted
 belated review of Petitioners guilty plea in exchange for the dismissal of his
 PCR allegations.  In his petition for writ of certiorari, he asks us to
 consider his belated appeal.
We
 find this case to be on all fours with the supreme courts recent decision in Turner v. State, Op. No. 26569 (S.C.Sup.Ct. Filed December
 8, 2008).  Accordingly, we grant the petition for writ of certiorari, dispense
 with further briefing, reverse the order of the PCR court, and remand this
 matter for an evidentiary hearing pursuant to Turner v. State.  
REVERSED AND
 REMANDED.
HEARN,
 C.J., SHORT and KONDUROS, JJ., concur.